[No. 61298-1-I.   Division One.   April 27, 2009.]

*In the Matter of the Detention of* DARREL WAYNE STEWART, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-2-07708-3, Bruce W. Heller, J., entered January 25, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Lau, J.

[No. 61307-3-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN CHARLES FRANKLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-01595-3, Richard D. Eadie, J., entered January 22, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Agid and Ellington, JJ.

[No. 61343-0-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN CLAIBORNE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-05334-1, Charles W. Mertel, J., entered February 13, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Cox, J.

[No. 61444-4-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN PITRE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-08024-1, Jim Rogers, J., entered March 7, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Cox, J.